UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 24-00065-CR-MMH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

TIMOTHY B. MORRIS

       Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO PERMIT DEFENSE WITNESS TO APPEAR BY ZOOM FOR SENTENCING HEARING

The Defendant, **TIMOTHY B. MORRIS**, by and through his undersigned counsel, respectfully requests that one defense witness to be offered, in allocution of sentencing, on Monday, January 27, 2025 and to be permitted to appear by Zoom, without objection by the Government, and in support would state:

1. Defendant seeks to have one witness, offered in allocution of sentence, to appear via Zoom on Monday January 27, 2025.

2. This witness is a high-ranking official in Monroe County and manages in excess of 75 employees out of Key West. He is unable to travel to Jacksonville for the sentencing due to his duties.

3. If allowed, he would be appearing in his personal capacity, as an individual who has known the Defendant since middle-school. He has pertinent information to offer to the Court about the character of Timothy Morris.

4. The undersigned has spoken with AUSA Brown, who does not oppose this Motion.

5. This Motion is made in the interest of justice to further inquiry into Defendant's Motion for Downward Variance under 18 U.S.C. Sec. 3553A factors.

WHEREFORE, the Defendant seeks permission of the Court to allow this one witness to appear by Zoom for the Sentencing hearing, without opposition by the Government.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served to all parties of record.

> HOWARD J. SCHUMACHER, P.A.
> 1 E. Broward Blvd., Suite 700
> Ft. Lauderdale, FL 33301
> (954) 356-0477
> FL Bar No: 776335
>
> BY:   /S/   Howard J. Schumacher, Esq.
>       HOWARD J. SCHUMACHER, ESQ.

2